JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEODORA SHELDON, | ) | Case No. EDCV 14-01852-VAP (DTBx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| COUNTY OF RIVERSIDE, ET AL, | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: April 1, 2015

                            VIRGINIA A. PHILLIPS
                      United States District Judge